# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00737-BNB

MR. KEITH PARKER,
    Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK,
MAJOR MR. TWOBEARS CHAVEZ, and
MRS. AHLIN,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -9 2008

GREGORY C. LANGHAM
              CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

The motion titled "Moiton [sic] to Compell [sic] Service to the Defendants" that Plaintiff, Keith Parker, submitted to and filed with the Court on July 8, 2008, is DENIED as premature. The ex parte letter that Mr. Parker also submitted to and filed with the Court on July 8 will be treated as a request for a status report on this case. The clerk of the Court is directed to mail to Mr. Parker, together with a copy of this minute order, a copy of the docket sheet in this action.

Mr. Parker is directed to stop papering the Court with unnecessary motions, to stop sending ex parte letters to judicial officers, and to comply with D.C.COLO.LCivR 77.2 which provides that "no . . . party to any proceeding shall send letters . . . directly to a judicial officer." Failure to comply with the directives of this minute order may result in sanctions, including but not limited to dismissal of the instant action.

Dated: July 9, 2008

Copy of this **Minute Order and a docket sheet** were mailed on July 9, 2008, to the following:

Keith Parker
Prisoner No. 101464
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034

Secretary/Deputy Clerk