IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK,
MAJOR MR. TWOBEARS CHAVEZ,
MRS. AHLIN,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion of Adknowledgement [sic] of Disposition, Disabilities, Constitutional Violations to the Courts** [Docket No. 26; Filed August 27, 2008] (the "Motion").

    The Court construes Plaintiff's Motion as a request to stay or extend unspecified deadlines and a request that the Court order officials at the Limon Correctional Facility to supply him with "paper and motions forms." Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**, for the reasons set forth below.

    First, no case deadlines have yet been set. Defendants have not yet responded to Plaintiff's complaint. Their responses are due October 27, 2008. A Scheduling Conference is set for November 20, 2008 at 9:00 a.m. Case deadlines will be set at the Scheduling Conference. Thus, a request to stay or extend case deadlines is premature.

    Second, the Limon Correctional Facility is not a party to this case. The officials who are allegedly denying Plaintiff legal supplies are not parties to this case. The Court is, therefore, unable to order those officials to do anything.

Dated: September 3, 2008