IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK,
MAJOR MR. TWOBEARS CHAVEZ,
MRS. AHLIN,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion of Adknowlege [sic] Disabilities to Pursue Claim** [Docket No. 31; Filed September 2, 2008] ("Motion No. 31") and Plaintiff's **Motion for Appointment of Counsel** [Docket No. 32; Filed September 2, 2008] ("Motion No. 32").

The Court construes Plaintiff's Motion No. 31 as it did a substantially similar motion filed by Plaintiff on August 27, 2008 [Docket No. 26], namely as a request to stay or extend unspecified deadlines. Accordingly,

IT IS HEREBY **ORDERED** that Motion No. 31 is **DENIED**, for the reasons stated in my Order of September 3, 2008 [Docket No. 37]. Moreover, to the extent that Plaintiff's Motion can be interpreted to suggest that he is no longer capable of pursuing the claims at issue in his case, Plaintiff may elect to file a voluntary notice of dismissal without

prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS HEREBY **ORDERED** that Motion No. 32 is **GRANTED in part**.  To the extent that Plaintiff requests to be placed on the Court's list of parties who need *pro bono* counsel, the Motion is granted.  The Court clarifies, however, that the Court is without authority to appoint counsel for Plaintiff, and Plaintiff will only secure counsel through this method if counsel <u>volunteers</u> to represent him.  Plaintiff should be diligent in his own efforts to seek counsel.  Plaintiff continues to be responsible for litigating his case while volunteer counsel is sought.  If no counsel volunteers to represent Plaintiff, which is a distinct possibility given the shortage of volunteer counsel, Plaintiff will remain solely responsible for litigating his case and complying with Court orders.  As noted earlier, to the extent that Plaintiff is unable to effectively litigate his case *pro se*, he may elect to file a voluntary notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated:  September 4, 2008