IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK,
MAJOR MR. TWOBEARS CHAVEZ,
MRS. AHLIN,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel** [Docket No. 9; Filed June 30, 2008] (the "Motion"). The Motion, which was filed on June 30, 2008, was referred to this judicial officer for resolution on October 1, 2008. Plaintiff seeks a Court Order compelling nonparty Colorado Department of Corrections to release money in Plaintiff's inmate account to make a payment toward his filing fee.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**. Since the filing of the Motion, the Court has received payment from Plaintiff toward his filing fee for the month of July [Docket No. 21]. Moreover, the Court received an inmate account statement from Plaintiff which shows good cause why Plaintiff could not make a payment toward his filing fee for the month of August [Docket No. 30]. As such, Plaintiff does not appear to be delinquent in the payment of his filing fees. Plaintiff is reminded, however, of his obligation to submit a payment toward his filing fee for the month of September or show cause why he cannot on or before **October 15, 2008**. Finally, the Court notes that the Motion seeks relief from a nonparty. The Court does not have authority to compel a nonparty to act under these circumstances, and the Motion is subject to denial on this basis alone.

Dated: October 2, 2008