IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK,
MAJOR MR. TWOBEARS CHAVEZ,
MRS. AHLIN,

    Defendant(s).
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Compel the Defendants to Remove the Plaintiff from Punitive Isolation Status** [Docket No. 67; Filed November 24, 2008] (the "Motion"). At the Preliminary Scheduling Conference held on November 20, 2008, Plaintiff expressed an interest in amending his complaint to add a new claim and/or new parties. The Court set a deadline for Plaintiff to file a motion for leave to amend his pleadings by January 1, 2009 [Docket No. 65]. Following the conference, Plaintiff, who is proceeding *pro se*, filed the present Motion which appears to assert a retaliation claim against individuals presently confining him in segregation. The Motion is not proper and does not seek leave to amend Plaintiff's complaint to add a claim or parties. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. To the extent that Plaintiff seeks to amend his complaint and add a claim or parties, he MUST **file**

a "Motion for Leave to Amend" that contains the following:

(1) identification of the claim(s) Plaintiff seeks to add including a detailed description of the new claim(s) and the legal basis thereto;

(2) the names of the individuals, if any, Plaintiff seeks to add as Defendants regarding the new claim(s);

(3) the roles the previously-named Defendants or new Defendants allegedly played related to the injuries complained of in the new claim(s); and

(4) a proposed amended complaint titled **"FINAL AMENDED COMPLAINT"** that fully incorporates every claim and defendant Plaintiff would like to pursue in this case. Specifically, as is the case with Plaintiff's current complaint [Docket No. 16], his tendered amended complaint must be a document separate from any other pleading, and it must contain (at a minimum), a case caption; a list of parties; a statement of jurisdiction; a summary of his alleged injuries; a list of claims, including the alleged individuals responsible for his injuries and the alleged constitutional rights implicated; a prayer for relief; and his signature. Without having the proposed amended complaint, the Court cannot rule on the merits of Plaintiff's Motion for Leave to Amend.

IT IS FURTHER **ORDERED** that Plaintiff shall file his proposed Final Amended Complaint on the Court's Prisoner Complaint form.

IT IS FURTHER **ORDERED** that the Clerk of Court shall mail to Plaintiff, together with a copy of this Order, two copies of the following form: Prisoner Complaint.

**Plaintiff is reminded that his deadline to seek leave to amend his complaint remains January 1, 2009**.

Dated: November 26, 2008

BY THE COURT:

 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix