# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 08-cv-00737-MSK-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: February 24, 2009** | Courtroom Deputy, Kathleen Finney |

---

KEITH PARKER,   Pro Se (telephone)

    **Plaintiff(s),**

v.

BILL RITTER,   James X. Quinn
ARISTEDES W. ZAVARAS,
MARK BROADUS,
PAUL HOLLENBECK,
TWO BEARS CHAVEZ, and
AHLIN,

    **Defendant(s).**

---
### COURTROOM   MINUTES   /   MINUTE   ORDER
---

**HEARING:   MOTIONS HEARING**
**Court in Session: 10:42 a.m.**
Court calls case. Telephonic appearance of *Pro Se* Plaintiff; in court appearance of defense counsel.

Motions hearing was set to begin at 10:30 a.m., but was convened late due to the Centennial Correctional Facility claiming no knowledge of the hearing.

Opening statements by the Court.

**It is ORDERED:**   Evidentiary hearing is set **MONDAY, APRIL 6, 2009 at 1:30 p.m.** regarding Plaintiff's Motion for Injunctive Relief  [Docket No. 81 , filed 12/22/2008]. *Please note: the Court inadvertently  stated April 3, 2009 as the hearing date.  The correct date  is April 6, 2009.*

                  The issues to be determined at  the hearing on the Motion for Preliminary Injunction are:

> 1. Whether a preliminary injunction should issue ordering Defendants to return Plaintiff to the general prison population; or
>
> 2. Whether a preliminary injunction should issue allowing Plaintiff unfettered access to legal materials and the law library.

**It is ORDERED:** Plaintiff's Motion for Sanctions Relating to Discovery [Docket No. 87 , filed 1/29/2009] is **DENIED** for the reasons set forth on the record.

**It is ORDERED:** Plaintiff's Motion to File Final Amended Complaint [Docket No. 99, filed 2/10/2009] and Plaintiff's Motion to Amend Complaint and Additional Defendants [Docket No. 105, filed 2/13/2009] are **GRANTED.** The proposed Amended Complaint [#77-2] is accepted as the operative complaint and shall be deemed filed as of today's date. The U.S. Marshals will be directed to effectuate service on Defendants promptly. Defendants shall answer or otherwise respond to the Amended Complaint within 10 (ten) days of service, pursuant to Fed.R.Civ.P. 15(a)(3). **No further amendments of the Complaint will be permitted. If any further motions for leave to amend the Complaint are filed, sanctions will be issued.**

**It is ORDERED:** Plaintiff's Motion to Return the Plaintiff [sic] Final Amended Complaint [Docket No. 107, filed 2/13/2009] is **GRANTED.** A copy of the Amended Complaint [No. 77-2] will be attached to the Minutes of today's proceedings and mailed to the Plaintiff.

**It is ORDERED:** Plaintiff's Motion for Evidentiary Hearing [Docket No. 106, filed 2/13/2009] and Plaintiff's Motion - Support for Evidentiary Hearing [Docket No. 113 , filed 2/17/2009] are **DENIED,** for the reasons set forth on the record.

With respect to The Honorable Marcia S. Krieger 's Order to Expedite Case Deadlines: We now have a new complaint, which has not yet been served on Defendants. The Court will set case deadlines after Defendants have responded to the Amended Complaint.

**It is ORDERED:** Preliminary Scheduling Conference is set **MARCH 27, 2009 at 9:30 a.m.,** for purposes of establishing new case deadlines. No discovery will be permitted until this conference is held and a Scheduling Order is entered.

**It is ORDERED:** The Clerk of Court is directed to send Plaintiff's Case Manager, Ken Buffum, a copy of these minutes by U.S. Mail.

HEARING CONCLUDES.

**Court in recess: 10:51 a.m.**

Total In-Court Time:   00:09

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.