IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. D. WEBSTER,
LT. MCCORMICK,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
MR. DR. [sic] MCHAUD, and
LT. ROBERT STEINBECK,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Emergency Ruling and Reconsideration Due to Constitutional Violations** [Docket No. 146; Filed March 30, 2009] and **Emergency Motion for the Court to Accept Amended Complaint Has [sic] Is Do [sic] to the On-Going [sic] Constitutional Violations** [Docket No. 151; April 8, 2009] (the "Motions").  On March 16, 2009, the Court granted Plaintiff leave to amend his complaint and set an April 6, 2009 filing deadline [Docket Nos. 139].  Prior to the deadline,

Plaintiff moved for an extension of the deadline due to what he describes as efforts by Defendants to thwart his ability to litigate his case and his access to sufficient legal supplies [Docket No. 146]. On April 7, 2009, Plaintiff tendered an amended complaint per my Order, although he failed to call it a "Second Final Amended Complaint," as required [Docket No. 150]. Plaintiff also moved for the Court to accept the complaint as filed [Docket No. 151].

IT IS HEREBY **ORDERED** that the Motions are **GRANTED in part and DENIED in part**. To the extent that Plaintiff seeks an extension of time to file an amended complaint and seeks to have the Court to accept his untimely amended complaint, the Motions are **granted**. To the extent that the Motions can be interpreted to seek relief for the alleged injuries which are the ultimate claims at issue in Plaintiff's case, the Motions are **denied**. Plaintiff's claims will be adjudicated in due course after case deadlines have been set, either pursuant to dispositive motion or trial.

IT IS FURTHER **ORDERED** that the Court accepts Plaintiff's amended complaint as filed and directs the Clerk to amend the docket annotation to Docket No. 150 to reflect that it is Plaintiff's **"SECOND FINAL AMENDED COMPLAINT."**

IT IS FURTHER **ORDERED** that the parties shall use the caption set forth above on all future pleadings.

IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's Second Final Amended Complaint within **ten (10) days** of the date of this Minute Order.

Dated: April 9, 2009