IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. D. WEBSTER,
LT. MCCORMICK,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
MR. DR. [sic] MCHAUD, and
LT. ROBERT STEINBECK,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to File Out of Time and Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint** [Docket No. 163; Filed May 5, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.  Because Defendants' proposed extension of time to respond to Plaintiff's complaint is tied to an event which may or may not occur, i.e., amendment of Plaintiff's operative pleading, I do not set a new deadline herein.  Rather, the Court agrees to extend the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint, but will defer setting a new deadline until any motion to amend Plaintiff's complaint is ruled upon or the Scheduling Conference set for June 19, 2009 at 9:00 a.m. is held, whichever occurs first.

IT IS FURTHER **ORDERED** that the Order to Show Cause issued to Defendants [Docket No. 162] is discharged.

Dated:  May 7, 2009