IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. D. WEBSTER,
LT. MCCORMICK,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
MR. DR. [sic] MCHAUD, and
LT. ROBERT STEINBECK,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Request for Court [sic] Order Phone Calls to Attorney** [Docket No. 168; Filed May 15, 2009] (the "Motion"). Plaintiff has recently secured counsel to represent him in this case [Docket No. 158], yet the present Motion was submitted by Plaintiff rather than his counsel.  Given that Plaintiff is no longer proceeding *pro se*,

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** because all pleadings filed by Plaintiff must be signed by counsel.  *See* D.C. Colo. L. Civ. R. 11.1(A) (permitting only *pro se* parties or counsel to appear or sign pleadings).

Dated:  May 18, 2009