**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kristen L. Mix**

**Civil Action No.: 08-cv-00737-MSK-KLM**      FTR - Reporter Deck - Courtroom C-204
                                                Byron G. Rogers United States Courthouse
**Date: June 19, 2009**                         Courtroom Deputy, Kathleen Finney
_____

KEITH PARKER,                                   Neil E. MacFarlane

     **Plaintiff(s),**

v.

BILL RITTER,                                    James X. Quinn
ARISTEDES W. ZAVARAS,
MARK BROADUS,
PAUL HOLLENBECK,
ARELLANO,
HALL,
LEONARD VIGIL,
DAVID M. ZUPAN,
ENREQUIZ,
PIPER,
SUSAN JONES,
JILL HOGGARTH,
MICHAUD,
ROBERT STEINBECK,
DONNA WEBSTER, and
M. MCCORMICK,

     **Defendant(s).**
_____

**COURTROOM   MINUTES  /  MINUTE   ORDER**
_____

**HEARING:  RULE 16(b)  SCHEDULING   CONFERENCE**
**Court in Session: 9:09 a.m.**
Court calls case.  Appearance of counsel.

Hearing was delayed until 9:10 a.m. to give Plaintiff, Keith Parker an opportunity to call the Court. Mr. Parker has not called.

Court discussion regarding Counsel's failure to comply with the deadline of June 5, 2009 to file Plaintiff's Status Report regarding Motions for Preliminary Injunction.

**It is ORDERED:** Plaintiff must give Mr. MacFarlane due respect for his knowledge and understanding of the law and must follow Mr. MacFarlane's legal advice.

**It is ORDERED:** Plaintiff shall file a Motion for Preliminary Injunction and an Amended Complaint, both to be drafted by Plaintiff's attorney, Mr. MacFarlane, **on or before JUNE 30, 2009.**

**It is ORDERED:** Defendant shall answer or otherwise respond to the Amended Complaint **within ten (10) days of its filing**.

**It is ORDERED:** Motions for Preliminary Injunction [Doc. No. 81, filed 12/22/2008 and Doc. No. 143, filed 3/25/2009] are deemed **WITHDRAWN.**

**It is ORDERED:** So long as he is represented by counsel, Plaintiff Keith Parker is NOT permitted to file pleadings or letters *pro se*. Any future pleadings of Plaintiff which are not filed by Plaintiff's attorney will be stricken.

**It is ORDERED:** The following pleadings are **STRICKEN:** Plaintiff's Motion for a Scheduled Conference [Doc. No. 174, filed 6/16/2009], Plaintiff's Motion Requesting to Expedite the Case and Case Dates [Doc. No. 175, filed 6/16/2009], Letter by Plaintiff [Doc. No. 171, filed 5/29/2009], and Letter by Plaintiff [Doc. No. 178, filed 6/17/2009] for the reasons set forth in Order #170.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Deadline for Rule 26(a)(1) Disclosure is **JUNE 30, 2009.**

Deadline for Joinder of parties / Amendment of pleadings is **JUNE 30, 2009.**

Discovery Cut-off is **NOVEMBER 20, 2009.**

Dispositive Motions deadline is **DECEMBER 21, 2009.**

Each side shall be limited to two (2) expert witnesses, absent leave of Court.

Parties shall designate affirmative experts **on or before OCTOBER 20, 2009.**

Parties shall designate rebuttal experts **on or before NOVEMBER 5, 2009.**

Each party shall be limited to five (5) depositions, absent leave of Court.

Each side shall be limited to seventy-five (75) Interrogatories, forty (40) Requests for Production, and ten (10) Requests for Admission.

**Counsel shall call the Court by joint conference call to schedule hearings regarding unresolved discovery disputes prior to filing Motions to Compel and/or Motions for Protective Order.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 355-2770, preferably as a joint conference call, and request that one be set.

**SETTLEMENT CONFERENCE** is set **OCTOBER 7, 2009 at 1:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference. *Mr. Parker shall appear by telephone.*

**No party or attorney may make plans to leave or leave the scheduled settlement conference before 5:30 p.m. without obtaining express permission from the Court in advance. Any party or attorney who schedules travel which requires departure from the settlement conference before 5:30 p.m. WILL BE REQUIRED TO MAKE ALTERNATE PLANS if the case has not settled by the departure time.**

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Mix **on or before September 30, 2009** in accordance with the Court's *Instructions for Preparation of Confidential Settlement* Statements, Effective January 1, 2008, a copy of which is attached.

The Updated Confidential Settlement Statements shall be sent via e-mail in a PDF format to **Mix_Chambers@cod.uscourts.gov** ALL additional settlement material (*i.e.* Exhibits, deposition transcripts, documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read. Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "Personal per Magistrate Judge Mix's Instructions".

*All parties asserting claims for damages shall provide a monetary demand to all opposing parties one week prior to the Settlement Conference.*

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**PRETRIAL CONFERENCE / TRIAL**
The Honorable Marcia S. Krieger will issue a Minute Order setting dates for a **Final Pretrial Conference**, **Trial Preparation Conference**, and **Trial**.
The parties anticipate a three (3) day Trial to the Court.

- Scheduling Order is signed and entered with interlineations on June 19, 2009.

HEARING CONCLUDED.

**Court in recess: 9:32 a.m.**          Total In-Court Time: 00:23

To order a transcript of this hearing, please contact Avery Woods Reporting (303)825-6119.

A copy of these minutes were mailed to Keith Parker #101464, Centennial Correctional Facility (CCF), P.O. Box 600, Canon City, CO 81215-0600.