IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. D. WEBSTER,
LT. MCCORMICK,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
MR. DR. [sic] MCHAUD, and
LT. ROBERT STEINBECK,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's "**Motion Letter to the Court**" [Docket No. 232; Filed September 3, 2009] (the "Motion").  The Motion appears to be Plaintiff's assessment of the analysis utilized by the Court in resolving Plaintiff's Motion for Reconsideration [Docket No. 213].  The Motion was referred to me after Defendants filed a Response in opposition to it [Docket Nos. 239 and 243].  As argued by Defendants, the Motion neither provides a legal basis for its filing nor seeks any form of relief.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  The Motion does not comply with Fed. R. Civ. P. 7(b) in that Plaintiff fails to "state with particularity the grounds for seeking the order" and fails to "state the relief sought."

Dated:  September 25, 2009