IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. D. WEBSTER,
LT. MCCORMICK,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
MR. DR. [sic] MCHAUD, and
LT. ROBERT STEINBECK,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for an Order Compelling Disclosure or Discovery & Request for Inspection [sic] Interrogatories, Rules 33, 34** [Docket No. 245; Filed September 25, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  The Motion does not comply with D.C. Colo. L. Civ. R. 37.1 in that Plaintiff failed to "set forth verbatim the interrogatory, request, and response to which the motion is directed."  In

addition, I note that Plaintiff failed to certify that he served the discovery requests or the Motion on Defendants pursuant to Fed. R. Civ. P. 5.  Although Plaintiff is proceeding *pro se*, his status does not relieve him of his obligation to comply with the Federal and Local Civil Rules.  *Nielson v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994).  Plaintiff may re-file the motion IF he:  (1) either provides a copy of the disputed discovery requests or recites them in the motion and provides proof of service of the discovery requests on opposing counsel; and (2) includes a certificate of service of the motion on opposing counsel.

Dated:  September 29, 2009