IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. D. WEBSTER,
LT. MCCORMICK,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
MR. DR. [sic] MCHAUD, and
LT. ROBERT STEINBECK,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Vacate Settlement Conference** [Docket No. 247; Filed September 29, 2009] (the "Motion").  Given the current posture of the case, Defendants take the position "that a formal settlement conference would merely be a waste of the Court's time."  *Motion* [#247] at 2.  While I understand the basis for Defendants' assessment, the pending Motion to Dismiss may not be resolved for some time.  Accordingly, I am inclined to proceed with the Settlement Conference as it is

currently scheduled in an effort to resolve or narrow the issues pending between the parties before any additional discovery, filing of dispositive motions or protracted briefing occurs. Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  Defendants are reminded of their obligation to submit a confidential settlement statement in compliance with my instructions [Docket No. 179-2] on or before **September 30, 2009**.

Dated:  September 30, 2009