IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00737-MSK-KLM

KEITH PARKER,

      Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. D. WEBSTER,
LT. MCCORMICK,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
MR. DR. [sic] MCHAUD, and
LT. ROBERT STEINBECK,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion Request for Exhibit's [sic] to Be Retured [sic]** [Docket No. 225; Filed August 28, 2009] (the "Motion").  Although the Motion is less than clear, Plaintiff appears to seek the return of a photograph he submitted in conjunction with a pleading titled "First Motion to Strike the Defendants [sic] Motion to Dismiss His Complaint."  The Court located a pleading on the docket with this title [Docket No. 217]; however, the pleading did not contain a photograph.  In addition, the Court

reviewed the docket and could not locate a photograph attached to any of Plaintiff's recent

pleadings.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  To the

extent that Plaintiff chooses to renew his request, he must provide sufficient information for

the Court to locate the photograph at issue on the docket.

Dated:  November 2, 2009