IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. D. WEBSTER,
LT. MCCORMICK,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
MR. DR. [sic] MCHAUD, and
LT. ROBERT STEINBECK,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion [sic] Request to Allow Discovery to Proceed Under the New Circumstances Discovered** [Docket No. 286; Filed November 16, 2009] (the "Motion").

    In the Motion, the Plaintiff again complains of problems related to his requests for document production and reiterates the request he made in a previously filed motion, Plaintiff's Motion for Extension of Time [sic] Discovery [Docket No. 284; Filed November

13, 2009] ("Motion No. 284"). The Court has set a hearing on Motion No. 284 and will address at that time Plaintiff's request to extend discovery as well as the related issues regarding his requests for production. The Court again reminds Plaintiff of the warning given to him in the Order issued on July 22, 2009. "Plaintiff is warned that [Rule 11] sanctions will follow if he continues to inundate the Court with needless . . . pleadings which only serve to delay the Court's and the parties' ability to litigate the merits of the case. As is true for all litigants in this Court, Plaintiff must exercise discretion in choosing to file pleadings." *Order* [#213] at 6 n.2.

IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. **Until such time as Motion No. 284 is resolved, the Plaintiff shall file no further motions regarding discovery.**

Dated: November 18, 2009