# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

**Civil Action No.: 08-cv-00737-MSK-KLM**     **FTR** - Reporter Deck - Courtroom C-204
                                              Byron G. Rogers United States Courthouse
**Date: November 24, 2009**                   Courtroom Deputy, Kathleen Finney

_____

KEITH PARKER,                                 Pro Se

    **Plaintiff(s),**

v.

BILL RITTER,                                  James X. Quinn
ARISTEDES W. ZAVARAS,
MARK BROADUS,
PAUL HOLLENBECK,
WARDEN ARELLANO,
CAPTAIN HALL,
LEONARD VIGIL,
DAVID M. ZUPAN,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
DR.  MICHAUD,
LT. ROBERT STEINBECK,
MRS. DONNA WEBSTER, and
LT. M. MCCORMICK,

    **Defendant(s).**
_____

## COURTROOM   MINUTES  /  MINUTE   ORDER
_____

**HEARING:   MOTIONS HEARING**
**Court in Session: 11:00 a.m.**
Court calls case.    Pro Se appearance of Plaintiff; appearance of counsel.

Motion Hearing is scheduled regarding  Plaintiff's Motion for Extension of Time [sic] Discovery Date [Docket No. 284, filed 11/13/2009], and Plaintiff's Motion for Order to Correct Error Made by the Defendants Concerning Discovery [Docket No. 292, filed 11/20/2009].

Plaintiff's argument by Pro Se Plaintiff, Keith Parker.

Defendants' argument by James X. Quinn.

**It is ORDERED:**   Plaintiff will re-send 18 Requests for Production of Documents directly to Mr. Quinn, attorney for Defendants.

**It is ORDERED:**   Defendants will respond within 30 days from the date of receipt of Plaintiff's Requests.

**It is ORDERED:**   Any Motion to Compel regarding alleged insufficiency of Defendants' responses to Plaintiff's document requests shall be filed after receipt of Defendants' Responses.

**It is ORDERED:**   Plaintiff's Motion for Extension of Time [sic] Discovery Date [Docket No. 284] is **GRANTED**.

**It is ORDERED:**   Discovery Deadline is extended to **JANUARY 15, 2010.**
Dispositive Motions Deadline is extended to **FEBRUARY 16, 2010.**

**It is ORDERED:**   Plaintiff's Motion for Order to Correct Error Made by the Defendants Concerning Discovery [Docket No. 292] is **DENIED without prejudice**.

**It is ORDERED:**   Defendant's oral Motion to Strike Plaintiff's Motion for Order [Docket No. 292] is **GRANTED.**

**The Clerk of the Court is hereby directed to DELETE pages 3 - 8 of Docket No. 292 from the Court's Electronic Case Filing, as they contain confidential information which is unrelated to this case.**

HEARING CONCLUDES.

**Court in recess: 11:30 a.m.**
Total In-Court Time:   00:30

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.