IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. D. WEBSTER,
LT. MCCORMICK,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
MR. DR. [sic] MICHAUD, and
LT. ROBERT STEINBECK,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Requesting the Courts to Excute [sic] Subpoena on the Defendants** [Docket No. 340; Filed March 2, 2010] (the "Motion").

    Plaintiff requests that the Court issue a subpoena to Defendant Jones to produce "his Institutional File for inspection and all Security Threat Group Files on the plaintiff." *Motion* [#340] at 2. Plaintiff has already requested production of these documents in his discovery requests in this matter. Plaintiff's Motion to Compel [Docket No. 304; Filed December 14, 2009] was denied as to these materials [Docket No. 315; Filed January 28, 2010], and he has asked for reconsideration of that request in his Motion [sic] Failure to Make Disclosures or to Cooperate in Discovery Sanctions Rule 37 [Docket No. 327; Filed

February 16, 2010]. The Court will issue an Order on Docket No. 327 in due course.

IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated: March 3, 2010