IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00737-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

MR. BILL RITTER, Governor of the State of Colorado,
MR. ARISTEDES W. ZAVARAS, Executive Director,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. D. WEBSTER,
LT. MCCORMICK,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
MR. DR. [sic] MCHAUD, and
LT. ROBERT STEINBECK,

    Defendants.
_____

**ORDER REQUIRING EXECUTION OF SUBPOENA BY CLERK AND GRANTING SERVICE OF SUBPOENA BY U.S. MARSHAL**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion** [Docket No. 358; Filed March 9, 2010] (the "Motion"). This matter is set for a hearing on Plaintiff's Motion for Preliminary Injunction [Docket No. 256] on March 23, 2010 at 9:30. Plaintiff requests that the Court execute the subpoena that he has attached to the Motion for the appearance of a witness at that hearing.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**. The words "or designee" shall be stricken from the subpoena. The Clerk is directed to issue the subpoena attached to Plaintiff's Motion after striking the words "or designee."

IT IS FURTHER **ORDERED** that on or before **March 19, 2010**, the U.S. Marshal shall make reasonable attempts to serve the subpoena on:

Mrs. Martha Rudolph
Colorado Dept. of Health
4300 Cherry Creek Dr. South
Denver, CO 80246-1530.

Dated: March 11, 2010

BY THE COURT:
 s/ Kristen L. Mix
U.S. Magistrate Judge