IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 08-cv-00737-MSK-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: March 23, 2010** | Courtroom Deputy, Kathleen Finney |

| | |
|---|---|
| KEITH PARKER, | Pro Se (telephone) |
|     **Plaintiff(s),** | |
| v. | |
| MR. BILL RITTER, | James X. Quinn |
| MR. ARISTEDES W. ZAVARAS, | |
| MR. MARK BROADUS, | |
| MR. PAUL HOLLENBECK, | |
| MR. ARELLANO, | |
| CAPTAIN HALL, | |
| MR. LEONARD VIGIL, | |
| MR. DAVID M. ZUPAN, | |
| MRS. DONNA WEBSTER, | |
| MR. ENREQUIZ, | |
| LT. PIPER, | |
| MRS. SUSAN JONES, | |
| MRS. JILL HOGGARTH, | |
| DR. MICHAUD, | |
| LT. ROBERT STEINBECK, and | |
| LT. M. MCCORMICK, | |
|     **Defendant(s),** | |
| COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT, | Gary L. Armstead, III |
| | Ann Holten |
|     **Interested Party.** | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session: 8:06 a.m.**

Court calls case.   Telephonic appearance of Pro se Plaintiff; appearance of counsel.

Motion Hearing is scheduled regarding Motion to Quash Subpoena to Martha Rudolph, Executive Director of Colorado Department of Public Health and Environment [Docket No. 366, filed 3/17/2010].

Ms. Rudolph's argument by Gary Armstead.

Plaintiff's argument by Keith Parker.

For reasons stated on the record,

**It is ORDERED:**   Colorado Department of Public Health and Environment's Motion to Quash Subpoena to Martha Rudolph is **GRANTED.**  Ms. Rudolph will not be required to testify at the hearing scheduled for 9:30 this morning.

HEARING CONCLUDES.

**Court in recess: 8:15 a.m.**
Total In-Court Time:   00:09

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.