# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 08-cv-00737-MSK-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: March 23, 2010** | Courtroom Deputy, Kathleen Finney |

KEITH PARKER,                                                    Pro Se (telephone)

    **Plaintiff(s),**

v.

MR. BILL RITTER,                                                 James X. Quinn
MR. ARISTEDES W. ZAVARAS,
MR. MARK BROADUS,
MR. PAUL HOLLENBECK,
MR. ARELLANO,
CAPTAIN HALL,
MR. LEONARD VIGIL,
MR. DAVID M. ZUPAN,
MRS. DONNA WEBSTER,
MR. ENREQUIZ,
LT. PIPER,
MRS. SUSAN JONES,
MRS. JILL HOGGARTH,
DR. MICHAUD,
LT. ROBERT STEINBECK, and
LT. M. MCCORMICK,

    **Defendant(s).**

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING:   MOTION HEARING**
**Court in Session:  9:33 a.m.**
Court calls case.   Telephonic appearance of Pro se Plaintiff; appearance of counsel.

Motion Hearing is continued regarding Plaintiff's Motion Preliminary Injunction/Injunctive Relief [Docket No. 256, filed 10/13/2009].

9:56 a.m. Plaintiff's witness, Vincent R. Romero, sworn.

Questions by the Court.

9:59 a.m. Witness is excused.

10:01 a.m. Plaintiff's witness, Skye Hough, sworn.

Questions by the Court.

10:01 a.m. Witness is excused.

10:02 a.m. Plaintiff's Closing Argument.

Plaintiff's Case Manager states he will ensure Plaintiff's Exhibits will be submitted to the Court by U.S. Mail and copies mailed to Mr. Quinn.

10:26 a.m. Defendants' Closing Argument

**It is ORDERED:** Plaintiff's Motion Preliminary Injunction/Injunctive Relief [No. 256] is **TAKEN UNDER ADVISEMENT.** The Court will await receipt of Plaintiff's Exhibits. A written Order will be filed in due course.

HEARING CONCLUDES.

**Court in recess: 10:39 a.m.**
Total In-Court Time: 01:06

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.