IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00737-MSK-KLM

KEITH PARKER,

     Plaintiff,

v.

ARISTEDES W. ZAVARAS,
PAUL HOLLENBECK
MR. ARELLANO,
CAPTAIN HALL,
DONNA WEBSTER
M. MCCORMICK,
LT. PIPER, and
COLORADO DEPARTMENT OF CORRECTIONS

     Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion [sic] Sanctions Under Rule 11 Improper Conduct** [Docket No. 383; Filed March 29, 2010].

     Plaintiff requests that the Court sanction Defense counsel for alleged improper conduct.  This matter was set for a Final Pretrial Conference on March 30, 2010.[1]  Plaintiff alleges Defense counsel acted improperly during the course of their cooperative effort to produce a final joint proposed pretrial order prior to the March 30, 2010 conference.  From Plaintiff's accounting of events, the Court discerns no improper conduct whatsoever.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:  April 6, 2010

_____

     [1]The Final Pretrial Conference has been vacated by the Court.  *See* Docket No. 380.