**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: October 11, 2011 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-00737-MSK-KLM

| | |
|---|---|
| *Parties*: | *Counsel Appearing:* |
| KEITH PARKER | Keith Parker *Pro Se* |
| Plaintiff, | |
| v. | |
| CAPTAIN HALL; | James Quinn |
| DONNA WEBSTER; | |
| M. MCCORMICK; | |
| LT. PIPER; | |
| COLORADO DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

**COURTROOM MINUTES**

HEARING: Final Pretrial Conference.

**1:36 p.m.    Court in session.**

Plaintiff *Pro Se* Parker is present by telephone.

Individual defendants are not required to be present.

**PENDING MOTIONS.**

The Court addresses Plaintiff's Motion Requesting Reinstatement of Plaintiff [sic] Second Claim **(Doc. #484).**

**ORDER:**    Plaintiff's Motion Requesting Reinstatement of Plaintiff [sic] Second Claim **(Doc. #484)** is **DENIED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

The Court addresses Plaintiff's Motion for Sanctions **(Doc. #491 and #493)**

**ORDER:** Plaintiff's MotionS for Sanctions **(Doc. #491 and #493)** are **DENIED.**

Review of the proposed final pretrial order - matters addressed:

        Claims
        Defenses
        Witness List
        Exhibit List
        Trial length, trial process, evidentiary issues and any questions posed by counsel.

The Court addresses setting the trial.

**ORDER:** Jury Trial (5 days) is set on **April 2, 2012 at 1:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO. All subsequent days of trial will begin at 8:30 a.m., unless the parties are advised otherwise.

**ORDER:** Proposed *voir dire* questions and jury instructions will be filed on or before **March 2, 2012.**

**ORDER:** Pertinent to trial process: Each side is allotted 10 hours of time to use however the party sees fit and court rulings are divided equally among the parties. The time will be tracked on the chess clock by the Courtroom Deputy.

The plaintiff's name will be placed on the list requesting voluntary counsel representation in this matter.

**2:20 p.m.**    Court in recess.

**Total Time:    44 minutes.**
**Hearing concluded.**