IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00737-MSK-KLM

MR. KEITH PARKER,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss this Matter With Prejudice **(#523)** filed March 29, 2012. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The trial date set for April 2, 2012, is VACATED. The Clerk shall close this case.

DATED this 30th day of March, 2012.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge